UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12cv21538-Cooke

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-CV-21538-COOKE/TURNOFF

EDWARD SANTANA, et al,
   PLAINTIFF,
VS.
CIBO WINE BAR, LLC
d/b/a CIBO WINE BAR,
   DEFENDANT.

FILED by ___ D.C.
JUL 25 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT FOR BETTER RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION AND SECOND SET OF INTERROGATORIES

COMES NOW the Plaintiff Edward Santana, Pro Se, and moves this Court for entry of an Order Compelling the Defendant to Provide Better Responses to Plaintiff's First Request for Production and Second Set of Interrogatories and as grounds therefore would state as follows:

1) THE PLAINTIFF'S initial Request for Production was properly served upon the Defendant ON OR ABOUT JUNE 12, 2012, and the Plaintiff's SECOND SET OF INTERROGATORIES ON July 6, 2012.

2) ON JUNE 29, 2012, the Defendant provided the Plaintiff with an incomplete EVASIVE Response to Plaintiff's 1st Request for Production #17 (A copy of THE Request and Response is attached hereto as Exhibit A)

3) ON July 24, 2012, The Defendant provided the Plaintiff with an incomplete evasive Response to Plaintiff's SECOND SET OF Interrogatories #1 (a copy of the Request and Response is attached hereto as Exhibit B and Exhibit C)

4) Plaintiff is entitled to complete responses to his requests and the information sought in the Plaintiff's Requests are necessary to the proper prosecution of this matter.

5) Plaintiff is requesting the schedules OR Names of all SERVERS AT CIBO WINE BAR, LLC because Plaintiff would like to depose a few of them so that he can prove his MINIMUM WAGE Claim where CIBO Requires its Newly hired Servers to purchase prescribed Levi's 501 DARK BLUE DENIM JEANS AND prescribed Shoes at their own cost without Reimbursement. AND that they are required to study the FOOD MENU AND WINE MENU AT HOME without PAY.

6) Plaintiff is Requesting the Schedules OR NAMES OF ALL THE COOKS AT CIBO WINE BAR, LLC Because PLAINTIFF would Like to Depose ONE COOK AT CIBO WINE BAR whose last Name is unknown AT THIS TIME.. Such information is necessary for the Plaintiff

to prove his retaliation claim in which "his factual contentions will likely have evidentiary support after a reasonable opportunity for further discovery".

7) THE Defendant does NOT WANT TO PROVIDE such information because they are worried that the Plaintiff will "HAVE EVIDENTIARY SUPPORT OF HIS CLAIMS".

WHEREFORE, Plaintiff respectfully requests that this COURT enter an Order compelling the Defendant to PROVIDE A Better Response AND the NECESSARY Information sought By the PLAINTIFF IN THE Respects outlined above.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING was personally filed with THE CLERK OF COURT AND mailed to Defendant's counsel at 35 ALMERIA Avenue, CORAL GABLES, FL 33143 on this July 25, 2012

Respectfully Submitted,
Eddie Santana
EDWARD SANTANA
esantana44@yahoo.com

Exhibit A

**Objected to as irrelevant and immaterial to the claim of Plaintiff and on the grounds that it is not likely to lead to admissible or discoverable evidence.**

17. If not previously produced, any and all server schedules and cook/chef schedules for the period of January 1, 2012 through present.

**There are no documents to produce responsive to this request.**

18. If not previously produced, any and all notes taken during Plaintiff's job interview with Defendant.

**There are no documents to produce responsive to this request.**

19. If not previously produced, each document that was used and/or created in this decision not to hire Plaintiff (if this is Defendant's Defense).

**The only document responsive to this request are the handwritten notations contained in the document marked as Cibo 1.**

20. Plaintiff's time sheets (clock in/out records)

**There are no documents to produce responsive to this request.**

EXHIBIT "A"

6

Exhibit "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:2012-CV-21538 COOKE/TURNOFF

EDWARD SANTANA
  PLAINTIFF,

VS.

CIBO WINE BAR, LLC
d/b/a CIBO WINE BAR
  DEFENDANT

## PLAINTIFF'S SECOND SET OF INTERROGATORIES

1) Please provide the names (first and last name) of all servers and cooks/chefs for the period of January 1, 2012 through present, and state who are current employees and former employees

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed this 6th day of July 2012 to: ARNALDO VELEZ, ESQ., ATTORNEY FOR DEFENDANT at 35 Almeria Avenue, Coral Gables, FL 33134

EDWARD SANTANA
9041 SW 122 Ave #203
Miami, FL 33186

Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-CV-21538-MGC

EDWARD SANTANA,

    Plaintiff,

vs.

CIBO WINE BAR, LLC d/b/a CIBO WINE BAR,

    Defendant.
_____/

## OBJECTION TO SECOND SET OF INTERROGATORIES

Defendant objects to the second set of interrogatories stating that the Plaintiff was never hired and that he is not pursuing this action in a representative capacity. Plaintiff was requested to appear at Defendant's place of business to determine if he was going to be hired and never was. This occurred in March of 2012. Accordingly, requesting information regarding all servers and cooks/chefs for the period requested, as well as current and former employees is irrelevant and not calculated to lead to admissible evidence. It is also overbroad taking into account the claims of the Plaintiff.